...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA *ex rel.* :
CHRISTOPHER LESHER, :
:
                         Plaintiff, : 18-CV-1812 (JMF)
:
          -v- : ORDER
:
OPKO HEALTH, INC., BIO-REFERENCE :
LABORATORIES, *and* THE WOMEN'S HEALTH :
LABORATORY AT GENPATH DIAGNOSTICS, :
:
                         Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On December 13, 2019, the Court ordered this case unsealed effective January 12, 2020. It has come to the Court's attention that the case was not unsealed. To enable the Court to docket the portions of the record that are to be filed publicly, IT IS HEREBY ORDERED that the Complaint and all related materials filed on February 28, 2018, *see* Docket No. 1, be and are unsealed. Thereafter, the Court will docket other documents to be filed publicly.

       SO ORDERED.

Dated: March 12, 2020  
       New York, New York                                 JESSE M. FURMAN  
                                                         United States District Judge