UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRISTOPHER LESHER, <br><br> Plaintiffs, <br><br> v. <br><br> OPKO HEALTH, INC., BIO-REFERENCE LABORATORIES, AND THE WOMEN'S HEALTH LABORATORY AT GENPATH DIAGNOSTICS, <br><br> Defendants. | 18 Civ. 1812 (JMF) <br><br> FILED UNDER SEAL |

## **ORDER**

Upon due consideration of the Relator's Notice of Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this case is dismissed without prejudice. The Clerk of Court is directed to close the case.

Dated: New York, New York
       January 2, 2020

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE